FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA CAMERON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF RICHLAND WASHINGTON, a municipal corporation,<br><br>        Defendant. | No.   4:19-cv-05241-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 29, 2020, the parties filed a stipulated dismissal, ECF No. 12. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation for Order of Dismissal, **ECF No. 12**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

//

//

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge